IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00883-BNB

CASEY BERNARD RODRIGUEZ, # 08561-097,

Applicant,

v.

R. WILEY, Warden

Respondent.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Respondent filed a "Motion to Withdraw Preliminary Response and Re-File Corrected Version, " (Doc. No. 11), on June 26, 2008. The Motion is GRANTED. Applicant shall have an additional twenty days from the date of the instant Minute Order to file a Reply to the Corrected Preliminary Response.

Dated: June 27, 2008

Copy of this Minute Order mailed on June 27, 2008, to the following:

Casey B. Rodriguez
Reg. No. 08561-097
ADX - Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk